# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MIDWAY GAMES, INC. *et al.*,<br><br>　　　　　　　　　　　Debtors<br>_____ | Chapter 11<br><br>Case No. 09-10465 (KG)<br><br>(Jointly Administered) |
| BUCHWALD CAPITAL ADVISORS LLC, AS LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST OF MIDWAY GAMES, INC., *et al.*,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>ACCURATE SECURITY PROS, INC., AMERICAN CENTURY INVESTMENTS, ANEMONE ENTERPRISES, INC., AQUENT, BOWNE OF CHICAGO, INC., BUSINESS WIRE, INC., CAPTARE CONSULTING, LLC, COFFEE UNLIMITED, DELL FINANCIAL SERVICES, LLC, EPIC GAMES, INC., FARSIGHT TECHNOLOGIES, INC., FEDEX CORPORATION, GMI BUILDING SERVICES, INC., GROUND ZERO PRODUCTIONS INC., HIJINX STUDIOS, LLC, INTERNAP NETWORK SERVICES, KATTEN MUCHIN ROSENMAN LLP, LEXISNEXIS, A DIVISION OF REED ELSEVIER,ONE PR STUDIO, LLC, PETER MELMAN, PREMIERE GLOBAL SRVICES, PRICEWATERHOUSECOOPERS LLP, RELQ SOFTWARE INC., RON'S TEMPORARY HELP SERVICES, INC., SAN DIEGO GAS & ELECTRIC COMPANY, SAS ROI RETAIL MERCHANDISING, SBC GLOBAL SERVICES, INC.,SIDLEY AUSTIN LLP, TECHNICOLOR CREATIVE SERVICES, TNA ENTERTAINMENT, LLC, YAN YAO, ZOCALO GROUP,  ACCESS ONE, INC., AUTODESK  CANADA CO.,  DAVIDSON & SCHILLER, LLC, and CDW DIRECT, LLC,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. Nos.　10-52661,　10-52712, 10-52710,　10-52709,　10-52685, 10-52706,　10-52680,　10-52682, 10-52749,　10-52692,　10-52697, 10-52700,　10-52713,　10-52705, 10-52715,　10-52716,　10-52717, 10-52718,　10-52719,　10-52725, 10-52720,　10-52721,　10-52722, 10-52723,　10-52737,　10-52724, 10-52727,　10-52726,　10-52729, 10-52731,　10-52734,　10-52735, 10-52996,　10-52997,　10-52999, 10-52998 |

**PLAINTIFF'S INITIAL RULE 26 DISCLOSURES**

Plaintiff Buchwald Capital Advisors LLC (the "**Liquidating Trustee**") for the liquidating trust (the "**Liquidating Trust**") of Midway Games, Inc., *et al.* (collectively, the "**Debtors**"),[1] by and through its special counsel, Neiger LLP and Stevens & Lee, P.C., hereby submits the following initial disclosures pursuant to Fed.R.Bankr.P. 7026 and Fed.R.Civ.P. 26(a)(1) (collectively, "Rule 26").

I. **Persons With Discoverable Information Pursuant To Rule 26(a)(1)(A)(i)**

The following persons are known to the Liquidating Trustee as likely having information discoverable or otherwise relevant to the above-captioned avoidance adversary proceedings:

1. Ryan O'Desky, former CFO of the Debtors, with an address of 1332 West Madison Street, Apt. 2W, Chicago, IL 60607.

2. Matthew Booty, former CEO of the Debtors, with an address of 8208 161st Ave N.E., Apt. A-502, Redmond, WA 98052.

3. Deborah Fulton, former General Counsel of the Debtors, with an address of 13 Spring Lane, Barrington Hills, IL 60010.

4. Miguel Iribarren, former Sr. V.P. of Publishing for the Debtors, with an address of 1833 Elmwood Avenue, Wilmette, IL 60091.

5. Rebecca Markovich, former Controller for the Debtors, with an address of 3127 North Honore Street, Chicago, IL 60657.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Midway Games Inc., a Delaware corporation (6244); Midway Home Entertainment Inc., a Delaware corporation (3621); Midway Amusement Games, LLC, a Delaware limited liability company (4179); Midway Interactive Inc., a Delaware corporation (6756); Surreal Software Inc., a Washington corporation (1785); Midway Studios – Austin Inc., a Texas corporation (2584); Midway Studios – Los Angeles Inc., a California corporation (1153); Midway Games West Inc., a California corporation (8756); Midway Home Studios Inc., a Delaware corporation (8429); and Midway Sales Company, LLC, a Delaware limited liability company. The Debtors are comprised of Midway Games Inc. and its United States based subsidiaries.

6. Pat Delahanty, former Director of Facilities for the Debtors, with an address of 404 Poplar, Elmhurst, IL 60126.

7. The Debtors' post-petition accountants, Venturity Financial Partners, 14131 Midway Road, Suite 112, Addison, TX 75001.

8. Lee E. Buchwald of Buchwald Capital Advisors LLC, Liquidating Trustee for the Liquidating Trust of the Debtors, c/o the Liquidating Trustee's general counsel, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Christopher M. Samis, Esq.

9. The Liquidating Trustee's special counsel for pursuing avoidance actions, Neiger LLP, 317 Madison Avenue, 21st Floor, New York, NY 10017, Attn: Jonathan S. Bodner, Esq.

10. The Liquidating Trustee's accountants, Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052, Attn: Shari Hartstein, C.P.A.

11. Bank of America, N.A., Bank of America Plaza NC1-002-15-32, 101 South Tryon Street, Charlotte, NC 28255, Attn: Brian Marsh, V.P.

12. All of the defendants (the "Defendants") in the above-captioned adversary proceedings and all of the Defendants' representatives, agents, employees and/or additional related parties with knowledge pertaining to the business dealings and relationships between the Defendants and the Debtors.

13. All of the Debtors' creditors. See the Debtors' bankruptcy petitions, creditor matrixes, petition schedules and statements of financial affairs, and all claims filed in the Debtors' consolidated bankruptcy case.

## II. Documents Pursuant To Rule 26(a)(1)(A)(ii)

The Liquidating Trustee is in possession, custody and/or control, or in the process of obtaining possession, custody and/or control, of the following documents relevant to the above-captioned avoidance adversary proceedings:

1. Documents, including correspondence alleging defenses to the avoidance actions with attached invoices, payment histories, and contracts between the Defendants and the Debtors, and other information provided to the Liquidating Trustee and its counsel by the above-captioned Defendants, their representatives, agents, employees and/or additional related parties.

2. Bank of America bank statements, cancelled checks and digital images including, but not limited to, the months of November 2008, December 2008, January 2009 and February 2009.

3. Approximately 5,500 boxes of hard copy documents located at Chicago Records Management, as well as digital copies located at Iron Mountain, Cogent, and/or ECG, relating to the Debtors' pre-petition financial conditions, including, but not limited to, general ledgers, invoices and payment histories.

4. All of the fillings in the Debtors' bankruptcy cases including, but not limited to, the Debtors' bankruptcy petitions, schedules, pleadings and Orders of the Court. These items are all available as public records.

5. Upon information and belief, the Defendants are in possession, custody and/or control of additional documents relevant to these adversary proceedings. These additional documents may be revealed and identified upon discovery.

**III.     Damages Pursuant To Rule 26(a)(1)(A)(iii)**

The relief and damages sought by the Liquidating Trustee are explained in the complaints filed in the above-captioned avoidance adversary proceedings.

**IV.     Insurance Pursuant To Rule 26(a)(1)(A)(iv)**

Unknown at this time. To be determined through continuing discovery.

**V.     Reservation Of Rights**

The Liquidating Trustee reserves his right to amend these initial disclosures upon information and knowledge obtained through discovery or otherwise.


Dated: Wilmington, Delaware
       October 28, 2010

    **NEIGER LLP**
    Edward E. Neiger, Esq.
    Jonathan S. Bodner, Esq.
    317 Madison Ave., 21st Floor
    New York, NY 10017
    (T) (212) 267-7342 – Ext. 362
    (F) (212) 918-3427


    -and-


    **STEVENS & LEE, P.C.**

    By: */s/ John D. Demmy*
    John D. Demmy (DE Bar No. 2802)
    1105 N. Market Street, 7th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 425-3308
    Email: jdd@stevenslee.com

    *Special Counsel to Buchwald Capital Advisors LLC, as Liquidating Trustee for the Liquidating Trust of Midway Games Inc., et al.*