IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re: :  Chapter 11
 :
MIDWAY GAMES INC., et al.,[1] : Case No. 09-10465 (KG)
 :
Debtors : (Jointly Administered)
 :
 :
---------------------------------------------- 
 :
BUCHWALD CAPITAL ADVISORS :
LLC, AS LIQUIDATING TRUSTEE :
FOR THE LIQUIDATING TRUST OF : Adv. Pro. No: 10-52715 (KG)
MIDWAY GAMES INC., *et al.* :
      Plaintiff, :
   vs. :
HIJINX STUDIOS, LLC, :
      Defendant :
 :
HIJINX STUDIOS, LLC, :
      Counter-Plaintiff, :
   vs. :
BUCHWALD CAPITAL ADVISORS :
LLC, AS LIQUIDATING TRUSTEE :
FOR THE LIQUIDATING TRUST OF :
MIDWAY GAMES INC., *et al.* :
      Counter-Defendant :

## STIPULATION AND [PROPOSED] ORDER TO STAY ADVERSARY PROCEEDING

---

[1]     Debtors are: Midway Games, Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios – Austin Inc., Midway Studios – Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

1

WLM 520041.2

WHEREAS the parties to the above referenced action are currently engaged in discussions which are likely to result in a resolution of that action;

WHEREAS certain deadlines in the Scheduling Order in the above referenced action, which may require a significant expenditure of resources by the partiesare approaching; and

WHEREAS the parties desire to minimize the expenditure of such resources, and to continue working toward a resolution of this matter,

The parties to the above referenced case hereby STIPULATE as follows:

1. The above referenced adversary proceeding shall be stayed for thirty (30) days from the date of this Stipulation to allow the parties' continued discussions toward a resolution of this matter; and

2. In the event that the parties have not resolved this matter within thirty (30) days from the date of this Stipulation, the parties jointly or separately may inform the Court regarding the status of the adversary proceeding and whether a continued stay is appropriate.

Dated: February 16, 2011    CROSS & SIMON, LLC

                                                Michael J. Joyce (No. 4563)
                                                mjoyce@crosslaw.com
                                                *Counsel for Hijinx Studios, LLC*

Dated: February __, 2011    NEIGER LLP
                                                Jonathan S. Bodner, Esq.
                                                317 Madison Avenue, 21st Floor
                                                New York, NY 10017
                                                (T) (212) 267-7342 – Ext. 362
                                                (F) (212) 918-3427
                                                jbodner@neigerllp.com

WLM 520041.2

                    -and-

Dated: February 16, 2011        STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy, Esq.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
(T) (302) 425-3308
(F) (610) 371-8515
jdd@stevenslee.com

*Special Counsel to Buchwald Capital Advisors LLC, as Liquidating Trustee for the Liquidating Trust of Midway Games Inc., et al.,*